UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 13, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

SUNDEEP RUIZ DHILLON,

Defendant.

Case No. 2:26-cr-00188-DAD

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release SUNDEEP RUIZ DHILLON, Case No. 2:26-cr-00188-DAD, Charge 21 USC § 841(a)(1), from custody for the following reasons:

____ Release on Personal Recognizance

____ Bail Posted in the Sum of $ ____

X Unsecured Appearance Bond $ 50,000.00

____ Appearance Bond with 10% Deposit

____ Appearance Bond with Surety

____ Corporate Surety Bail Bond

____ (Other):

Sacramento County Jail is further ORDERED to release the defendant with a

____ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 13, 2026 at 2:30 PM.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE